UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GIL GOMEZ, | 1: 06 CV 00338 LJO WMW HC |
| Petitioner, | ORDER GRANTING PERMISSION TO FILE EXHIBITS |
| v. | [Docs. 21, 22, 23] |
| E. S. ALAMEDA, JR., | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On March 3, 2008, and March 10, 2008, Petitioner filed motions for permission to file exhibits to his objections the Magistrate Judge's findings and recommendations. Petitioner's motions are HEREBY GRANTED.  The exhibits were filed with the court along with Petitioner's motions.

IT IS SO ORDERED.

Dated: __March 21, 2008__         ____/s/  **William M. Wunderlich**____
                                                              UNITED STATES MAGISTRATE JUDGE