# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GIL GOMEZ, | 1:06-cv-00338 LJO YNP [DLB] (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO REQUEST COPIES OF DOCUMENTS |
| v. | |
| | [Doc. #34] |
| E.S.ALAMEDA, Jr., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was closed in the district court on March 4, 2008. (Doc. #18.) Petitioner's appeal was dismissed by the Ninth Circuit Court of Appeals on December 24, 2008. (Doc. #33.)

On January 15, 2009, Petitioner filed a motion requesting that copies of documents be sent to the Court of Appeals pursuant to Ninth Circuit Rule 30-3, which states that, in an appeal involving a pro se prisoner, "the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents to comprise the excerpts fo record." 9th Cir. R. 30-3. Petitioner claims that he sent the clerk's office a written request on November 4, 2008, and now moves the Court to send the records directly to the Ninth Circuit.

The Ninth Circuit dismissed the appeal for failure to prosecute. The dismissal order stated that Petitioner was ordered to show cause as to why his appeal was "not appropriate for summary affirmance," but "instead of complying with the order to show cause, [Petitioner]. . . . filed numerous nonresponsive motions and pleadings." Because the matter has already been dismissed by the Ninth

Circuit due to Petition's failure to respond to the order to show cause, the motion at hand is MOOT and must be denied as such.

Accordingly, Petitioner's motion to request copies of documents is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **February 4, 2010**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE